JS6 Entered

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.3.14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOND D. MOORE,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No. CV 14-7513-SJO (RNB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 10/1/14

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE